Gregory A. Robinson (Admitted Pro Hac Vice)
FARLEY, ROBINSON & LARSEN
6040 North 7th Street, Suite 300
Phoenix, Arizona 85014
602.265.6666
Fax: 602-264-5116
Email: us@lawfrl.com

T. Robert Lee (USB #11702)
HEIDEMAN, MCKAY, HEUGLEY & OLSEN, L.L.C.
397 North Main Street
Spanish Fork, Utah 84660
Telephone: (801) 812-1000
Email: trlee@hmho-law.com
*Attorneys for Defendant Nathan W. Gwilliam*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br>vs.<br><br>**NATHAN W. GWILLIAM,**<br><br>**Defendant.** | CIVIL NO.  2:11-cv-922 DS<br><br>**ORDER**<br><br>(Assigned to the Honorable Judge David Sam) |

This Court, having reviewed Defendant Nathan W. Gwilliam's Motion to Dismiss, the memoranda offered in support of and opposition to the Motion, and the arguments of counsel, IT IS ORDERED that the Motion is GRANTED and the case is dismissed with prejudice.

**DATED** this _____ day of _____, 2012.

_____
Honorable David Sam