THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 2:11CV922 DS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| | ) | |
| NATHAN W. GWILLIAM., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Plaintiff United States of America moves the court to reconsider its order dated February 22, 2012 granting Defendant's Motion to Dismiss for Failure to State a Claim. Because Plaintiff offers no facts or law which would suggest to the court that its earlier decision was erroneous, the motion to reconsider is denied.

IT IS SO ORDERED.

DATED this 24ᵗʰ day of _April_, 2012.

BY THE COURT:

_David Sam_

DAVID SAM
SENIOR JUDGE
U.S. DISTRICT COURT